


# IN THE
## UNITED STATES CIRCUIT COURT OF APPEALS
## OF THE DISTRICT OF COLUMBIA
### 333 Constitution Avenue N.W.
### Washington, District of Columbia 20001

Rodney Dale; Class, Grantor Appellee　　　　USDC CASE # 1; 13cr 253 RWR
Private Attorney General　　　　　　　　　　Appeal Case # _____
Civilian, Private American National, of a protected class.
of Living being

Vs

　　　　　　　　　　　　　　　　　　　　　JUDGES　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　_____

UNITED STATES OF AMERICA
Artificial Entity / Corporation
UNITED STATES ATTORNEY OFFICE
　　　AS Holder As Trustee, Appellant Respondent


## CERTIFICATE OF NOTICE
## WAVIER OF PUBLIC DEFENDER OFFICE
## GROUNDS WILLFUL NEGLECT

Let it be known that the use of a public defender has been wavier due to willful intentionally neglect in case # 1:13 cr 253 RWR. This willful intentionally Neglect is the grounds for this Appeal before the UNITED STATES CIRCUIT COURT OF APPEALS.



## Certificate of Notice

Let this server as a Certificate of Notice to the UNITED STATES OF AMERICA as an Artificial Entity / Corporation and to the Trustees of the UNITED STATES ATTORNEY OFFICE that on this date 2015 AD in the year of our Lord on this Month **February** and the day of **24th** to be placed on record and to be recorded in the Clerk of Appeal Circuit Court Office this CERTIFICATE OF NOTICE WAVIER OF PUBLIC DEFENDER OFFICE GROUNDS WILLFUL NEGLECT

Trustee

United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001