


# IN THE
## UNITED STATES CIRCUIT COURT OF APPEALS
## OF THE DISTRICT OF COLUMBIA
333 Constitution Avenue N.W.
Washington, District of Columbia 20001

Rodney Dale; Class, Grantor Appellee        USDC CASE # 1; 13cr 253 RWR
Private Attorney General                    Appeal Case # _____
Civilian, Private American National, of a protected class.
of Living being

Vs

                                             JUDGES    _____

                                                       _____

                                                       _____

UNITED STATES OF AMERICA
Artificial Entity / Corporation
UNITED STATES ATTORNEY OFFICE
    AS Holder As Trustee, Appellant Respondent


### CERTIFICATE OF NOTICE
### ENTRY OF APPEANCE as purported by Regulations 29 CFR 2200.22, 2200.23 and Rules of Court Fed. R. Civ. P Rule 17 (G)

Let it be known that this Entry of Appearance By Rodney Dale; Class, this living being by the purported Regulations of the Rules of Court under Federal Rules Civil Procedure Rule 17 (G) a party authorized by statute and by 29 CFR 2200.22 and by 29 CFR 2200.23 Enter his appearance to this Case.

Let it also be know that Rodney Dale; Class here in after without any further reminder I hold under authorized by statute position as a Private Attorney General and is a Civilian, Private American National, of a protected class of Living being.



Certificate of Notice

Let this server as a Certificate of Notice to the UNITED STATES OF AMERICA as an Artificial Entity / Corporation and to the Trustees of the UNITED STATES ATTORNEY OFFICE that on this date 2015 AD in the year of our Lord on this Month **February** and the day of **24th** to be placed on record and to be recorded in the Clerk of Appeal Circuit Court Office this ENTRY OF APPEANCE as purported by Regulations 29 CFR 2200.22, 2200.23 and Rules of Court Fed R. Civ. P. Rule 17 (G).

Trustee

United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001