# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-3015**                **September Term, 2014**

1:13-cr-00253-RWR-1

Filed On: February 27, 2015 [1539947]

United States of America,

        Appellee

    v.

Rodney Class,

        Appellant

### O R D E R

Upon consideration of the appellants' motion for leave to proceed in forma pauperis, it is

**ORDERED** that the motion be dismissed as moot. Appellant was permitted to proceed in forma pauperis in the district court, and that permission extends to this appeal.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                      BY:     /s/
                                   Lynda M. Flippin
                                   Deputy Clerk