

Rodney Dale; Class, Grantor /Creditor
Private Attorney General
C/o 432 North Lincoln Street
High Shoals, North Carolina,
Federal Postal zip 28077
Civilian, Private American National, of a protected class A Living being

RECEIVED
Mail Room

MAR - 6 2015

United States Court of Appeals
District of Columbia Circuit

UNITED STATE COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
U.S. COURTHOUSE, ROOM 5523
WASHINGTON, D.C. 20001

No.15-3015                         USDC CASE # 1; 13cr 253 RWR

Rodney Dale; Class, Grantor /Creditor
Private Attorney General
Civilian, Private American National, of a protected class A Living being
                    Petitioner

    Vs
                                        JUDGES
UNITED STATES OF AMERICA
Artificial Entity / Corporation                _____
UNITED STATES ATTORNEY OFFICE
    AS Holder As Trustee, Appellee Respondent  _____

                                               _____

CERTIFICATE OF VIOLATION
RUNNING A CLOSED UNION SHOP
WAVIER OF ANY BAR MEMBER AS IT
VIOLATION THE TAFT, HARTLEY ACT 1947
Pub. L. 80–101, 61 Stat. 136

Now the issue become, does this Appeal Courts come under Article III and under Article VI of the Constitution for The United States of America or are they a Private Court for Union Association Member only. Let it be recorded for and on the record in The United States Court of Appeal for the District of Columbia Circuit.

Now come Rodney Dale, Class Grantor, and Creditor "By Right" of Birth and as a Private Attorney General "BY" an Act of Congress to address Deputy Clerk Lynda Flippin concerned about this party proceeding in this Appeal without counsel.

Is it possible that Deputy Clerk Lynda Flippin and the Appeal Court is not aware of Taft-Hartley Act of 1947 as "All "Bar Members belong to the same Union Association Membership, thereby creating a conflict of bias and prejudiced in any case. As was apparent in case # 1:13 cr 253 RWR, which was lost in the United States District Court by having two member of the same Union Association Membership trained under the same opinion of theory and concept.

As stated by the public defender office as well as the Judge in case # 1:13 cr 253 RWR sitting on the bench has declared the United States District Court does not follow the Constitution or Laws but operate under the theories and concepts of Law.

Pursuant to the Constitution for The United States of America Article III section 2 and Article VI "All" Courts within the jurisdiction of the United States as well as the Appeals Court are required to operating under Law and Equity arising under this Constitution and the Laws of the United States "And "not under any theories and concepts.

Whereas this party is not trained in theory or a concept, but has a good working knowledge of Article III section 2 of the Constitution for the United States of America and Article VI of said Constitution, "And " Whereas there is no place within The Constitution does it give way for any Court or any Appeals Court, the authority to operate in any "Jurisdiction" or "Venue" in theory or concept of any Law, Equity, Treaty or any Controversies the Appeal Court is require to follow Article III section 2 and Article VI of

The Constitution for the United States of America and the Bill of Rights and Amendment when it applies.

## Conclusion

Whereas this party cannot and well not give consent to cause this party to Violate the "Taft-Hartley Act" to which any and "All" Counsel appointed or hired are member of the same Union Association Membership that operate under the same theory and concept and opinion and not actually trained under Article III section 2 or Article VI of the Constitution for the United States to which all Court are required to be founded on.

Whereas "You" cannot have two parties of the same Union Association Membership in conflict whenever they were trained under the same theory and concept of opinions. There by creating and setting up a "Solidarity System" under a Union Association Membership.

This now becomes a conflict in Law as well as in Equity "By Not" having an "Adversarial System" when a independent party or Petitioner not belonging to the same Union Association comes before a Court.

This also, in itself by not having a "Adversarial System" violates the Due Process clause of the Constitution, the Bill of Rights as well as the 14th Amendments by running a closed Union Shop ran by Bar Members only.

When this symbol "/s/" is used it show a Union Membership to a private Associations. Whereas as purported Regulation in the L C v R 11 all document require a sign signature and not a " /s/ " which fall back as a theory and concept of a signature by Union Member all who use this symbol instead of a real signature.



## CERTIFICATE OF NOTICE

Let this server as a Certificate of Notice to the UNITED STATES OF AMERICA as an Artificial Entity / Corporation and to the Trustees of the UNITED STATES ATTORNEY OFFICE that on this date 2015 AD in the year of our Lord on this Month **March** and the day of **3rd** to be placed on record and to be recorded in the Clerk of Appeal Circuit Court Office this CERTIFICATE OF VIOLATION RUNNING A CLOSED UNION SHOP WAVIER OF ANY BAR MEMBER AS IT VIOLATION THE TAFT, HARTLEY ACT 1947 Pub. L. 80–101, 61 Stat. 136

      Trustee

United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001