

IN THE
UNITED STATES COURT OF APPEALS
OF THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          Case No. 15-3015

Vs

RODNEY CLASS

CERTIFICATE OF NOTICE
Response to the U.S. DEPARTMENT OF JUSTICE letter re: USAO No. 2015A29379/001 of March 18, 2015, received March 23, 2015
With Exhibits

In response to the first issue on page 1 of the U.S. Departments of Justice filing(s)/Request(s) of March 18, 2015 (Exhibit A) whether Rodney Class is STILL Attorney of Record for RODNEY CLASS. I respond to your request in this manner.

I, Rodney Class, am a third party intervener **separate** from the fictional, all capital name RODNEY CLASS named in case number 1:13 cr 253 RWR/RBR **which correctly reads UNITED STATES OF AMERICA Vs RODNEY CLASS not "United States vs Rodney Class." This latter case title fails to exist on the record...see court filing under this case #1:13cr-253 RWR/RBR. Are you sure you have contacted the correct party? To avoid confusion if your court case title heading is correct then disregard this Certificate of Notice. On the other hand, if you erred in the court case title heading then this is a court filing.**

First, I would like to thank you as you have made a distinction between the "living man," Rodney Class and that of the fictional entity spelling of RODNEY CLASS designated as the "Defendant."

By your office contacting me (Rodney Class) to make a lawful determination whether I, Rodney Class, still represent the Defendant RODNEY CLASS clearly shows that your office is aware that Rodney Class is a living man and a "separate entity" from that of the fictional defendant RODNEY CLASS.

Whereas you have stated in your request of March 18, 2015 (again see Exhibit A) that if I (Rodney Class) no longer represent the defendant RODNEY CLASS that you will correspond with the Defendant directly. Again, thank you for making that distinction between the "living man" and the "fictional straw man" in your request for this information.

To answer your question, I can only appear as a "living man" and cannot represent the fictional entity. You are now required to determine who you were trying to contact: the living man named Rodney Class or the Defendant RODNEY CLASS.

**To address the CC on bottom of page 1: A. J. Kramer is "NOT" standby counsel.**

Now, to address the second issue of page 1 of 2 (See Exhibit C) of you placing a lien on all properties for nonpayment of the $350 fine. You are required to identify "what specifically you want to be used (tendered)" as a form of "payment" in compliance with **18 U.S. Code § 8 - Obligation or other security of the United States defined.**

The term "obligation or other security of the United States" includes all bonds, certificates of indebtedness, national bank currency, Federal Reserve notes, Federal Reserve bank notes, coupons, United States notes, Treasury notes, gold certificates, silver certificates, fractional notes, certificates of deposit, bills, checks, or drafts for money, drawn by or upon authorized officers of the United States, stamps and other

representatives of value, of whatever denomination, issued under any Act of Congress, and canceled United States stamps.

So far your office has accepted 200 Federal Reserve notes, which are essentially IOUs and, **by law**, **ONLY** to be used by Federal Reserve Agents for transactions between Federal Reserve Banks, tendered to the clerk of court as partial payment. Arrangements of 50 "dollars" (?) a month of unspecified Monitor description was court ordered per month without any interest, BUT, furthermore, "the living man" Rodney Class was declared by the district court and confirmed by the clerk of the court to have an *In forma pauperis* Status. (See Exhibit B).

Now to address page 2 of the 1 of 2 (see exhibit D) Application of Payments: your office will now be required to state **WHO the actual victim(s) is/are**.

**From your letter:** "Monies received from you or on your behalf shall be disbursed so that each of the following obligations your judgment is paid in full in the following sequence: (1) special assessments; >> (2) restitution of all victims; << (3) all other fines, penalties, costs and other payments required in your judgment."

And, whereas your Application of Payments implies "restitution of" **"all victims,"** you will be required to validate, bring forth and prove that such **"victims"** actually exist. Your failure to validate the existence of any such **"victims"** provides further **Proof of Fraud** and **Extortion** to the Appeals Court re: case # 15-3015 !



**U.S. Department of Justice**

Ronald C. Machen Jr.
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

*Ethibit A*

Rodney Class
Attorney of Record
P.O. Box 435
High Shoals, NC 28077

MAR 18 2015

Re: *United States v. Rodney Class*, Cr. No. CR 13-253
USAO No. 2015A29379/001

Dear Mr. Class:

On February 9, 2015, a judgment and commitment order was filed sentencing the Defendant in the above-referenced case. The Defendant's criminal monetary penalties balance is currently $350.00. The Court's records reflect that you are counsel of record for the Defendant in this case. We are contacting you to determine whether you still represent the Defendant and to confirm that the Defendant is no longer represented before corresponding with the Defendant directly. *Please provide written notification to this Office regarding the status of your representation, stating definitively whether you do or do not continue to represent the Defendant.* We also ask that you forward the enclosed letter of demand and debtor financial statement to your client at the address indicated in the correspondence, or to the best address you have on record.[1]

Please respond within twenty (20) days of receiving this letter. You may mail a written response, attention Patricia Gilbert, or email it to patricia.gilbert@usdoj.gov.

If you have any questions, please feel free to contact me at (202) 252-2600.

Sincerely,

RONALD C. MACHEN JR.
United States Attorney

By: *[signature]*
Oliver W. McDaniel
Assistant United States Attorney
Financial Litigation Unit

CC: A.J. Kramer (standby counsel)

Enclosures

---

[1] This request for you to forward information to your client is based on your duty to communicate with your client under D.C. Rule 1.4. See Rule 1.4(a) and (b).



*Exhibit B*

Ronald C. Machen Jr.
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*
**March 18, 2015**

Rodney Class
432 North Lincoln Street
High Shoals, NC 28077

    Re: *United States v. Rodney Class*
        Criminal No.: CR 13-253
        USAO No.: 2015A29379

Dear Mr. Class:

On February 9, 2015, a judgment was entered against you in the United States District Court for the District of Columbia ordering you to pay a special assessment in the amount of $100.00 and a fine/restitution in the amount of $250.00. A lien will be filed by the United States against all properties you now own or acquire in the future. *See* 18 U.S.C. §§ 3613(c),(f) and 18 U.S.C. § 3664(m)(1)(A)(i). This lien shall only be released upon payment in full of your monetary obligations under your criminal judgment.

### Interest

Except if waived by the United States District Court, you shall pay interest on any fine/restitution of more than $2,500.00 unless such fine/restitution is/are paid in full before the 15th day after the date of your judgment. Your fine/restitution will accrue interest at the legal rate of **0.00%** per annum. *See* 18 U.S.C. § 3612 (f).

### Penalties

A fine or payment of restitution is delinquent if a payment is more than 30 days late. If a fine or restitution becomes delinquent, you shall pay, as a penalty, an amount equal to ten percent (10%) of the principal amount due that is delinquent. A fine or payment of restitution is in default if a payment is delinquent for more than 90 days. If a fine or restitution becomes in default, you shall pay, as a penalty, an additional amount equal to fifteen percent (15%) of the principal amount that is in default. Notwithstanding any installment schedule, when a fine or payment of restitution is in default, the entire amount of the fine or restitution is due within 30 days after notification of the default, subject to the provisions of 18 U.S.C. § 3613A. *See* 18 U.S.C. §§ 3572(h) and (i); 18 U.S.C. § 3612 (g).

Exhibit C

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 15-3015**                                           **September Term, 2014**

1:13-cr-00253-RWR-1

Filed On: February 27, 2015 [1539947]

United States of America,

    Appellee

    v.

Rodney Class,

    Appellant

### ORDER

Upon consideration of the appellants' motion for leave to proceed in forma pauperis, it is

**ORDERED** that the motion be dismissed as moot. Appellant was permitted to proceed in forma pauperis in the district court, and that permission extends to this appeal.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Lynda M. Flippin
Deputy Clerk

Exhibit D

## Application of Payments

Monies received from you or on your behalf shall be disbursed so that each of the following obligations in your judgment is paid in full in the following sequence: (1) special assessments; (2) restitution of all victims; (3) all other fines, penalties, costs and other payments required in your judgment. *See* 18 U.S.C. § 3612 (c). Payments relating to fines and restitution shall be applied in the following order: (1) to principal; (2) to costs; (3) to interest; and (4) to penalties. *See* 18 U.S.C. § 3612 (i).

## Failure To Pay

This letter constitutes a demand for payment. *See* 28 U.S.C. § 3205. Failure to pay fines or restitutions may subject a defendant to additional sanctions. *See* 18 U.S.C. §§ 3614, 3615.

## Payments

You must include your criminal case number with your payments. Payments must be made payable to the Clerk, U.S. District Court and forwarded to:

> Clerk, U.S. District Court
> U.S. District Court
> 3rd and Constitution Avenue, NW, Rm. 1225
> Washington, DC 20001

Should you have any questions or concerns, the Financial Litigation Unit can be reached at (202) 252-2600.

Very truly yours,

RONALD C. MACHEN JR.
United States Attorney

By: Patricia A. Gilbert, Supervisory
Paralegal Specialist
Financial Litigation Unit

Note: At times we are not immediately advised of payments when made to other offices, e.g., the Clerk's Office. As a result, if payment has already been made, please notify us so we can credit your account.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

2



## CERTIFICATE OF NOTICE

Let this serve as a "Certificate of Notice" to the CLERK OF COURT AND/ OR COURT REPORTER that on this date, March 25, 2015, AD in the year of our Lord, and that it is to be placed on the record and to be recorded in the Clerk of Courts Office for the United States district court this "Certificate of Notice" Response to the U.S. DEPARTMENT OF JUSTICE letter re: USAO No. 2015A29379/001 of March 18, 2015, received March 23, 2015 With Exhibits

Trustees

RONALD C. MACHEN, JR
Oliver W McDaniel
Patricia A Gilbert, Supervisory
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001