



IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
U.S. COURTHOUSE, ROOM 5523
WASHINGTON, D.C. 20001

NO. 15-3015

Rodney Class
Grantor-Creator, Petitioner

Vs

UNITED STATES OF AMERICA
TRUSTEE, APPELLEE

**JUDGMENT IN EQUITY**

**CERTIFICATE OF 2ND NOTICE OF WILLFUL FAILURE TO COMPLY WITH *STARE DECISIS***

Now Comes, the Agent, Rodney Dale Class, Grantor, Creator "BY Right Of Birth," for the name of [RODNEY CLASS] to set forth this request for **JUDGMENT IN EQUITY, CERTIFICATE OF NOTICE OF 2ND NOTICE OF WILLFUL FAILURE TO COMPLY WITH *STARE DECISIS*.**

This Agent points out that the UNITED STATES ATTORNEY'S OFFICE has stayed mute and has failed to file a response to Mr. Class' **"Appeal Brief"** filed on or about March 10, 2015 to the UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT by Express Mail. (EXPRESS MAIL # EI 835714622 US March 10, 2015 **Delivered 11:47 am**). This proves and shows the date and time of delivery of Mr. Class' **"Appeal Brief"** to the UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT.

This Circuit Court of Appeals received from This Agent (Mr. Class) a new filing known as **CERTIFICATE OF NOTICE OF WILLFUL FAILURE TO COMPLY WITH *STARE DECISIS*** by Express Mail on or about April 8, 2015 (EXPRESS MAIL #EI 835714636 US APRIL 8, 2015 11:26 AM), that the UNITED STATES ATTORNEY'S OFFICE **also** failed to comply with, the Rules of Court to respond to Mr. Class' **Appeal Brief filed back on March 10, 2015,** in a timely matter which is what the **April 8, 2015 filing** re: non-compliance of response "**CERTIFICATE OF NOTICE OF WILLFUL FAILURE TO COMPLY WITH *STARE DECISIS*"** was addressing.

Whereas the UNITED STATES ATTORNEY'S OFFICE has failed to reply within an additional 15 days after the initial 30 days they had to respond either by choice or by verbal orders from their superiors, nevertheless the UNITED STATES ATTORNEY OFFICE has **DEFAULTED BY NON-RESPONSE !**

Whereas the UNITED STATES ATTORNEY'S OFFICE cannot dispute or rebut the new District of Columbia legislation by the U.S. Congress (HR 5016, Sec. 922, Rep. Massie, Tenn.) on funds related to firearms regulation, or by the 2014 Federal Court Ruling by Judge Frederick J. Scullin, Jr. in the Palmer Case, and the previous supreme Court Ruling of Heller vs District of Columbia, and any case law that has come from the Heller ruling, the UNITED STATES ATTORNEY'S OFFICE obviously lacks an argument to respond.

This Agent, therefore, Moves the U.S. Circuit Court of Appeal for a favorable Judgment in Equity as the UNITED STATES ATTORNEY'S OFFICE has defaulted, **and will continue to default out of necessity,** and has, therefore, failed to comply with the Rules of Court in their **non-responses**.



## CERTIFICATE OF NOTICE

Let this serve as a "Certificate of Notice" to the CLERK OF COURT AND/ OR COURT REPORTER that on this date, May 4, 2015, AD in the year of our Lord, and that this filing, **JUDGMENT IN EQUITY, CERTIFICATE OF 2ND NOTICE OF WILLFUL FAILURE TO COMPLY WITH *STARE DECISIS*,** is to be placed on the record and is to be recorded in the Clerk of Courts Office UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT.

Trustees

RONALD C. MACHEN, JR
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530



IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
U.S. COURTHOUSE, ROOM 5523
WASHINGTON, D.C. 20001

NO. 15-3015

Rodney Class
Grantor-Creator, Petitioner

Vs

UNITED STATES OF AMERICA
TRUSTEE, APPELLEE

**JUDGMENT IN EQUITY**

The UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT hereby renders its decision that the defendant RODNEY CLASS' decision from the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA is hereby overturned.

The defendant's, RODNEY CLASS, Record is hereby ORDERED to be expunged of any and all records of incarceration, photographs and fingerprints are to be removed from the record and ALL property returned immediately.

This UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT recognizes that Mr. Class' Carry Concealed permit from North Carolina is and was valid under the United States Constitution Article IV sections 1 and 2, and under the 14th Amendment, section 1 of the Amendments to the Constitution and the compact agreements between the States.

Whereas as all Federal laws come from the District of Columbia to be applied to the several States, then all compact agreements apply, whether they are licenses and/or permits from the several States, and they apply equally from State to State.

Mr. Class is entitled to restitution for his Unlawful incarceration, Unlawful detainment, Unlawful seizure of property, and for his time and the undo duress to his family, and any other damages to ANY of his property.

The UNITED STATES ATTORNEY'S OFFICE is hereby ORDERED to negotiate a fair and equitable settlement with Mr. Class resulting from the egregious behavior of ANY of the players connected to this case !

All is hereby ORDERED by The UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT.

On this Date _____

_____

_____

_____