


IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
U.S. COURTHOUSE, ROOM 5523
WASHINGTON, D.C. 20001

NO. 15-3015

Rodney Class
Grantor-Creator, Petitioner

Vs

UNITED STATES OF AMERICA
TRUSTEE, APPELLEE

## CERTIFICATE REQUEST FOR JUDICIAL MEMBER AND STATUS OF CASE

### In the interest of Justice

Now Comes the Agent, Rodney Dale Class, Grantor, Creator "BY Right Of Birth," for the name of [RODNEY CLASS] to set forth this CERTIFICATE REQUEST FOR JUDICIAL MEMBER AND STATUS OF CASE with the following request of information.

1. This Grantor /Creator request who are the three panel judges who are to hearing this case #15-3015?

2. Whereas, this Grantor/ Creator filed In Forma Pauperis status and Whereas it has been order by the District Court and accepted by the Appeal Court, when is the hearing set?

3. Whereas, The UNITED STATES ATTORNEY OFFICE has failed to rebut or disputed this Grantor/ Creator Belief with the allotted procedural time limit they have now come in Default as of "on or about" April 9th 2015.

4. Whereas, The District of Columbia has now come in compliance with the new legislation to the right to carry the Appeal Court need to apply Article IV section 1 & 2 of the Constitution, 14th amendment section 1 of the amendments and Title 42 U.S.C. sections 1981 equal protection under the law to this case.

5. Whereas, The UNITED STATES ATTORNEY OFFICE lack standing to rebut without violating this "New Regulation" and their sworn Oath to the Constitution, or to their ethic of up holding the constitution under Title 36 ch.705 section 70503, or the Smith Act of 1940 or even the Patriot Act under Section 800. (To do so would violate 18 USC Ch. 115, section 2385)

This Agent for the Defendant RODNEY CLASS request an update of the status of this Appeal Circuit Court of the time for the hearing to be set or it decision as the District of Columbia was required to come in compliance with the supreme Court ruling and the Bill of Rights.

And

Whereas the UNITED STATES ATTORNEY OFFICE is now in Default and is require to also coming in compliance with the New Regulation.

USCA Case #15-3015    Document #1552245    Filed: 04/15/2015    Page 2 of 3



## CERTIFICATE OF NOTICE

Let this serve as a "Certificate of Notice" to the CLERK OF COURT AND/ OR COURT REPORTER that on this date, April 16, 2015, AD in the year of our Lord, and that this filing, CERTIFICATE REQUEST FOR JUDICIAL MEMBER AND STATUS OF CASE, is to be placed on the record and is to be recorded in the Clerk of Courts Office for the Appeals Court of United States district court.

Trustees

RONALD C. MACHEN, JR
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530