



IN THE
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT
U.S. COURTHOUSE, ROOM 5523
WASHINGTON, D.C. 20001

NO. 15-3015

Rodney Class
Grantor-Creator, Petitioner

Vs

UNITED STATES OF AMERICA
TRUSTEE, APPELLEE

**Certification of Notice of Denial of Transcripts from Superior Court
of the District of Columbia**

---

Now Comes, the Agent, Rodney Dale Class, Grantor, Creator "BY Right Of Birth," for the name (RODNEY CLASS), to set forth this Certification of Notice of Denial of Transcripts from the Superior Court of the District of Columbia on the grounds that the case DISTRICT OF COLUMBIA vs RODNEY CLASS (Case No. 2013 CF2 009225) was dismissed by the Superior Court.

The Superior Court correctly complied with the supreme Court's previous decisions that the DC gun laws were unconstitutional and dismissed their case (Case No. 2013 CF2 009225) against RODNEY CLASS. This is the court's justification for the denial of transcripts as Case No. 2013 CF2 009225 was dismissed. (See Exhibit # A.)

This Agent again points to the fact that the DC gun ban has been declared unconstitutional and that the Superior Court correctly dismissed the case in favor of

RODNEY CLASS. This Agent also points out that for this Court (THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT) to disrespect the supreme Court's settled law in this matter would be tantamount to committing treason against that vaunted Court's decision !

The UNITED STATES ATTORNEY'S OFFICES has created "vexatious litigation" and created a "vexatious suit," in barratry, thereby committing malicious prosecution knowing that the gun ban in D.C. has been ruled unconstitutional by the Higher Court on numerous previous occasions.

Again with this the recent (2014) ruling by Judge Frederick J. Scullin, Jr. in the Palmer Case (1:09-CV-1482 (FJS)), And,

The recent Ruling on Dec 18, 2014 from a three-judge panel of the Sixth U.S. Circuit Court of Appeals who unanimously ruled that the federal ban on gun ownership for anyone who has been "adjudicated as a mental defective or who has been committed to a mental institution" violated the Second Amendment Rights in Case No. 13-1876, Tyler vs Hillsdale County Sheriff Department (and, again, the Heller vs District of Columbia (554 U.S. 570 (2008)) was the foundation), And,

The Feb 13, 2014 Case No. 10-56971, *Peruta v. County of San Diego (Appeal)*, 9th Circuit Court where Judge Diarmuid O'Scannlain, in the majority ruling, wrote, "The right to bear arms includes the right to carry an operable firearm outside the home for the lawful purpose of self-defense."

Judge O'Scannlain relied heavily on the *Heller* and *McDonald* cases already decided by the supreme Court in 2008 and 2010. The Second Amendment secures the right not only to "keep" arms **but also to "bear" them** — the verb whose original



meaning is key in this case.

"Saving us the trouble of pulling the eighteenth-century dictionaries ourselves, the supreme Court already has supplied the word's plain meaning: "At the time of the founding, as now, to "bear" meant to "carry." " "

This Agent again points out the UNITED STATES ATTORNEY'S OFFICE lacks standing to rebut or dispute the facts of these decisions declaring the DC gun ban unconstitutional and in violation of Second Amendment rights.

Again, this Agent, Mr. Class, holds a valid carry concealed permit from North Carolina and the Capitol Hill Police found no "Firearms" on the "person" of Rodney Dale Class.

Furthermore, this Agent has never been declared to be mentally ill, and, in fact, the court appointed doctor declared RODNEY CLASS to be component and knowledgeable of the laws.

Therefore, this Agent is compelled to and respectfully moves the UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT for his request for Judgment in Equity in his favor.

As the maxim states: **Justice delayed is Justice denied.**

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

IN FORMA PAUPERIS NON-APPEAL TRANSCRIPT REQUEST

United States                                  Petitioner

vs.                                            Case No: **2013 CF2 9225**

Rodney Class                                   Respondent

## ORDER

Ordered that respondent ___ be furnished or _X_ not be furnished (state reason below), at the expense of the Government, the transcript of the trial proceedings and charge to the jury, if any, excluding voir dire, opening statements, except as indicated below.

*No reason given for transcript involving dismissed case,*

___ voir dire
___ opening statements
___ pretrial motion
___ post-trial motion

_X_ or Entire Proceedings on 6/3/13 – BEFORE Judge Sullivan – on Tape – COURTROOM – 301

___ EXPEDITED TRANSCRIPT REQUESTED. INITIAL HERE FOR APPROVAL: _____

APPROVED _____          DENIED _X_

Reason denied: _____

Date: 3-26-15          Judge: [signature] Frederick Butler

### VENDOR INVOICE

| SERVICE | PAGES | COST PER PAGE | AMOUNT |
|---|---|---|---|
| Transcript | | | |
| Copy | | | |
| Condensed Pages | | | |
| ASCII | | | |
| TOTAL | | | |

PAYEE NAME: _____          PAYEE ID: _____

PAYEE ADDRESS: _____

INVOICE DATE: _____

SIGNATURE

**PART 12.7**

Exhibit A



## Certificate of Notice

Let this serve as a "Certificate of Notice" to the CLERK OF COURT AND/ OR COURT REPORTER that on this date, May 14, 2015, AD in the year of our Lord, and that this filing, **Certification of Notice of Denial of Transcripts from Superior Court of the District of Columbia** is to be placed on the record and is to be recorded in the Clerk of Courts' Office The UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT.

Trustees

RONALD C. MACHEN, JR
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530