# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-3015**  September Term, 2015

1:13-cr-00253-RWR-1

Filed On: October 2, 2015

United States of America,

    Appellee

    v.

Rodney Class,

    Appellant

**BEFORE:**   Tatel, Brown, and Millett, Circuit Judges

# O R D E R

Upon consideration of appellant's motion to proceed on appeal without counsel, the court's letter filed February 27, 2015, appellant's response thereto, appellant's brief, the supplement thereto filed September 15, 2015, and appellant's notices, it is

**ORDERED** that

    David DeBruin
    Jenner & Block
    1099 New York Avenue NW
    Washington DC  20001-4412

a member of the bar of this court, be appointed as <u>amicus</u> <u>curiae</u> to present arguments in favor of appellant's position.

The Clerk is directed to enter a new briefing schedule.

### Per Curiam

            **FOR THE COURT:**
            Mark J. Langer, Clerk

       BY:   /s/
            Lynda M. Flippin
            Deputy Clerk