# United States Court of Appeals
## District of Columbia Circuit

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** USA

v.  **Case No:** 15-3015

Rodney Class

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

○ Appellant(s)/Petitioner(s)   ○ Appellee(s)/Respondent(s)   ○ Intervenor(s)   ● Amicus Curiae

David William DeBruin

Names of Parties                                Names of Parties

### Counsel Information

**Lead Counsel:** David William DeBruin

**Direct Phone:** (202) 639-6015  **Fax:** (202) 639-6066  **Email:** ddebruin@jenner.com

**2nd Counsel:** Jessica Ring Amunson

**Direct Phone:** (202) 639-6023  **Fax:** (202) 661-4993  **Email:** jamunson@jenner.com

**3rd Counsel:** Richard Trent McCotter

**Direct Phone:** (202) 637-6333  **Fax:** (202) 661-4974  **Email:** tmccotter@jenner.com

**Firm Name:** Jenner & Block LLP

**Firm Address:** 1099 New York Ave., N.W., Suite 900, Washington, D.C. 20001-4412

**Firm Phone:** (202) 639-6000  **Fax:** (202) 639-6066  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)