# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 15-3015** | **September Term, 2015** |
| | 1:13-cr-00253-RWR-1 |
| | **Filed On: April 15, 2016** [1608957] |

United States of America,

    Appellee

  v.

Rodney Class,

    Appellant

**BEFORE:** Griffith and Srinivasan, Circuit Judges; Sentelle, Senior Circuit Judge

## O R D E R

Upon consideration of the motion of appellant Rodney Class to vacate the lower court opinion, it is

**ORDERED** that the motion be denied.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk