# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-3015**  September Term, 2015

1:13-cr-00253-RWR-1

Filed On: April 22, 2016 [1609894]

United States of America,

    Appellee

    v.

Rodney Class,

    Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for May 05, 2016, at 9:30 A.M.:

| | | |
|---|---|---|
| Pro-se Appellant Rodney Class | - | 4 Minutes |
| Court-Appointed Amicus Curiae for Appellant | - | 8 Minutes |
| Appellee | - | 12 Minutes |

The Panel considering this case will consist of Circuit Judges Griffith and Srinivasan, and Senior Circuit Judge Sentelle.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 28, 2016.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:    /s/
              Michael C. McGrail
              Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)