# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 15-3015** | **September Term, 2015** |
| | 1:13-cr-00253-RWR-1 |
| | Filed On: May 5, 2016 [1611895] |

United States of America,

    Appellee

  v.

Rodney Class,

    Appellant

**BEFORE:**    Circuit Judges Griffith and Srinivasan, and Senior Circuit Judge Sentelle

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on May 5, 2016 at 9:37 a.m. The cause was heard as case No. 1 of 3 and argued before the Court by:

Rodney Dale Class, counsel for Pro se Appellant Rodney Class.

R. Trent McCotter, counsel for Court Appointed Amicus Curiae for Appellant.

Valinda Jones (AUSA), counsel for Appellee.

 

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
        Shana E. Thurman
        Deputy Clerk