# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 15-3015                  September Term, 2015

1:13-cr-00253-RWR-1

**Filed On:** July 1, 2016

United States of America,

       Appellee

   v.

Rodney Class,

       Appellant

     **BEFORE:**    Griffith and Srinivasan, Circuit Judges; Sentelle, Senior Circuit Judge

### O R D E R

Upon consideration of appellant's motion to return all property and to award damages, styled as "Judicial Notice of Ethic Under Contract," it is

**ORDERED** that the motion be denied.

### Per Curiam

                               **FOR THE COURT:**
                               Mark J. Langer, Clerk

            BY:    /s/
                     Ken Meadows
                     Deputy Clerk